# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DWIGHT E. CHANCE, <br><br> Petitioner, <br><br> v. <br><br> JEFFREY UTTECHT, <br><br> Respondent. | CASE NO. 3:17-cv-05525-RBL-JRC <br><br> ORDER GRANTING MOTION FOR EXTENSION |

Currently before the Court is respondent's motion for an extension to file an answer to petitioner's habeas petition. Dkt. 11. Petitioner's habeas petition was served on October 10, 2017. Dkt. 9. Respondent's response was due November 27, 2017. *Id*. However, on that date, respondent filed this motion for extension. Dkt. 11. Respondent's counsel states that, though he requested state court records for petitioner's underlying conviction in October, the records only arrived on November 21, 2017. *Id*. He requires additional time to analyze the records and prepare an adequate response to petitioner's habeas petition. *Id*. Respondent requests an extension of the

deadline to file an answer to the habeas petition to December 27, 2017. *Id*. Respondent also filed his answer to petitioner's habeas petition on December 22, 2017. Dkt. 6.

Having reviewed the habeas petition and the record, respondent's motion for extension is GRANTED. Dkt. 11. Respondent's deadline to file a response is retroactively extended to December 27, 2017. Therefore, the Court accepts respondent's answer (Dkt. 12) as timely.

Dated this 27th day of December, 2017.

J. Richard Creatura
United States Magistrate Judge