# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DWIGHT E. CHANCE, <br><br> Petitioner, <br><br> v. <br><br> JEFFREY UTTECHT, <br><br> Respondent. | CASE NO. 3:17-CV-05525-RBL-JRC <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's habeas petition is denied as untimely.

(3) The Court will not issue a certificate of appealability.

**DATED** this 16th day of March, 2018.

Ronald B. Leighton
United States District Judge